■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SMITH, Appellant. [64 NYS3d 538]—Judgment of resentence, Supreme Court, New York County (Renee A. White, J.), rendered May 31, 2011, resentencing defendant to an aggregate term of 12 years, with 4 years' postrelease supervision, unanimously affirmed.

The resentencing proceeding was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). We perceive no basis for reducing the term of postrelease supervision imposed. Concur—Richter, J.P., Kapnick, Webber, Oing and Singh, JJ.